IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § § § | CRIMINAL NO. H-11-0777 |
| VERNON R. PARKER, JR. | § | |

## ORDER OF DISMISSAL

The petitioner has twice stated in writing that he does not want to pursue the motion he filed under 28 U.S.C. § 2255 and that he waives an evidentiary hearing. Accordingly, Civil Action No. 14-003 is dismissed; Docket Entry No. 209 in Criminal Action No. 11-777 is denied; the petitioner's motions to withdraw his § 2255 motion and to waive the evidentiary hearing, Docket Entries No. 231 and 232, are granted; and the respondent's motion for summary judgment, Docket Entry No. 23, is moot.

SIGNED on September 16, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge